IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRANDON L. HIXSON,     *
                               *
        Plaintiff,              *
v.                                *       No. 4:18CV00214-SWW
                               *
NANCY A. BERRYHILL,     *
Acting Commissioner,       *
Social Security Administration,     *
                               *
        Defendant.           *

## ORDER

The Court has received Proposed Findings and Recommendations ("RD") submitted by United States Magistrate Judge Joe J. Volpe. After careful review of the RD and the timely objections received thereto, as well as a *de novo* review of the record, the Court approves and adopts the RD as this Court's findings in all respects. Accordingly, the Commissioner's decision is affirmed, and this case is DISMISSED with prejudice.

IT IS SO ORDERED this 28th day of November, 2018.


                                       /s/Susan Webber Wright
                                       UNITED STATES DISTRICT JUDGE