# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| BRANDON L. HIXSON, | |
| Plaintiff, | |
| v. | No. 4:18CV00214-SWW |
| NANCY A. BERRYHILL,<br>Acting Commissioner,<br>Social Security Administration, | |
| Defendant. | |

# **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

DATED this 28th day of November, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE